CAUSE No# 505112          83,064-02

Thomas Smith
(Plantiff)

vs

Eva Flores

Defendant

This document contains some
pages that are of poor quality
at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 07 2015

Abel Acosta, Clerk

In The 183Rd Judicial
District Court of
Harris County Texas

Writ Of Madamus

On This the ____ day of _____ 2015 In The
183Rd Judicial District Court of Harris County Texas In
A Suit # _____ This Court found that Plantiff
Writ of Habeas Corpus Was Not Answered In
Accordance With Art. 1107, SE 3 [C] And [D] Art. 0 15 And
Art 11.34 of Texas Code of Criminal Procedure.

[A] 1201 Franklin Suit 600 Houston Texas Eva Flores
Texas Bar I.D. # 240 59 760 In District Court 183Rd
713 755-5809 (fax) 713 755-6657 (office.

[B] Illegal Conviction In Cause 505112 On or About
Jan 3 1989, The Plantiff Was Sentenced to 5 Years
T.D.C.J. Is Under Cause No# 505112 Is Explicity Void
And Illegal due to Plantiff Was Denied A Fair And
Impartial Hearing by The Trial Judge The Court
Records Is Absolutely Void of The Trial Judge.

[C] And Imonishing THE PLANtiff ON ENtErEd which VIOLAtEd PLANtiff 4tH 5tH 6tH AND 14tH fuNdAMENtAL CONStitutiON Rights.

[D] IN fact the RECOrd Support PLANtiff cLAim of NEVER going bEfORE tHE tRiAL JudgE IN CASE No# 50 5112 coupLED with tHE fACt, tHE RECOrd Support PLANtiff cLAim of NEVER SigNituRE do NOt REfLECt fROM COurt docuMENt IN AgREEMENt of tHE FiVE YEARS

[E] PLANtiff RECEEVE fROM DEfENdANt IN PREtriAL HEARiNg RECOrd NAMELY PLEA BARgiN docuMENt fROM tHE DEfENdANt which had PLANtiff NEVER SigNEd IN OPEN COurt.

[F] DEfENdANt USE PLEA BARgiN docuMENt IN ENhANcEMENt PARAGRAPH ON INdictMENt. ON JAN 12 2015 wAs fiLE by CHRis DANiEL, THE Court AdOpts PROPOSE ORdER DESigNAtiNg ISSuE IN CAUSE 50 5112 SigNEd ON tHE 14tH dAY of JAN 2015 by tHE HONORABLE JudgE MRs V. VASQUEZ IN DIStrict COurt 183Rd.

[G] DEfENdANt fAiL ActiNg uNdER HE or sHE uNiforM IN A PROffEssioNAL mAttER. /ARt. 2.01 / ARt 11.07 S.E.3 [C] And [D] / ARt. 15 And ARt 11.34 StAtE of — — —

→ PROPose Finding of fact of LAW And ORder
Defendant fail to Excuted MAtter ████ date of
MAY 8.2015 OVER 72 working daysfrom JAN 14 2015

THEREFORE this COURt ORdER you to

YOU ARE FURTHER ORdERed to REtURN before this
COURt ON Judge of REtURN At 1201 FRANKLIN Suite 600
Houston TExAS 77002 StAting How You ExeCUted
OR what you have done IN Compliance ████ WitH This
WRit

DAtE _____

ENtERed ON